■ UNITED STATES AUTOMOBILE ASSOCIATION, Appellant, v MATSUSHITA SERVICES COMPANY et al., Respondents. [624 NYS2d 950] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Hart, J.), dated November 1, 1993.

Ordered that the order is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Hart at the Supreme Court. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.